UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: § 
 § 
CANDACE H BUI-WALSTON § Case No. 17-28339
 § 
 Debtor § 

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PETER N. METROU, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/19/2018 in Courtroom ,

Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/20/2018             By: /s/ Peter N. Metrou
                                         Chapter 7 Trustee


*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| **CANDACE H. BUI-WALSTON,** | ) | CASE NO. 17-28339 |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

**NOTICE OF MOTION**

To:   See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR
NOTICE OF TRUSTEE'S FEE APPLICATION**

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 20th day of September, 2018, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Peter N. Metrou*
　　　　　　　　　　　　　　　　　　　　　　　 **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

Via First-Class Mail

Barclays Bank Delaware
Po Box 8803
Wilmington, DE 19899-8803

BRYAN WALSTON
27740 W. Drake Dr. Apt 18
Channahon, IL 60410-3325

Candace H Bui-Walston
1318 Sunflower Lane
Minooka, IL 60447-8240

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Citi  Simplicity
PO Box 6500
Sioux Falls, SD 57117-6500

Citi Card - Diamond Preferred
P.O. Box 688903
Des Moines, IA 50368-8903

Dept Of Ed/navient
Po Box 9635
Wilkes Barre, PA 18773-9635

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Edfinancial Svcs
120 N Seven Oaks Dr
Knoxville, TN 37922-2359

Fred Meyer Rewards Visa Card
U.S. Bank National Association
P.O. Box 6349
Fargo, ND 58125-6349

Lvnv Funding Llc
Po Box 10497
Greenville, SC 29603-0497

Navient Solutions, LLC on behalf of
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

Ocwen Loan Servicing L
1661 Worthington Rd
West Palm Beach, FL 33409-6493

Toyota Motor Credit
1111 W 22nd St Ste 420
Oak Brook, IL 60523-1959

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440-0673

Pnc Bank, N.a.
1 Financial Pkwy
Kalamazoo, MI 49009-8002

PORTFOLIO RECOVERY ASSOCIATES
LLC
PO BOX 41067
NORFOLK VA 23541-1067

TOYOTA MOTOR CREDIT
CORPORATION
14841 Dallas Parkway, Suite 300
Dallas, TX 75254-7883

Via ECF

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Douglas Rivera
O'Keefe, Rivera & Berk, LLC
55 West Wacker Drive
Suite 1400
Chicago, IL 60601-1799

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| | § | |
| CANDACE H BUI-WALSTON | § | Case No. 17-28339 |
| | § | |
| Debtor | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 52.12 |
| leaving a balance on hand of[1] | $ | 4,947.88 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: Peter N. Metrou | $ 42.49 | $ 0.00 | $ 42.49 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 1,292.49 |
| Remaining Balance | $ | 3,655.39 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,844.67 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 610.81 | $ 0.00 | $ 161.27 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 7,909.20 | $ 0.00 | $ 2,088.26 |
| 4 | NAVIENT SOLUTIONS, LLC ON BEHALF OF | $ 1,895.67 | $ 0.00 | $ 500.51 |
| 5 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS | $ 1,940.77 | $ 0.00 | $ 512.42 |
| 6 | PNC BANK, N.A. | $ 1,488.22 | $ 0.00 | $ 392.93 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,655.39 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.