# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| CANDACE H BUI-WALSTON | § | Case No. 17-28339 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 94,620.00 *(Without deducting any secured claims)* | Assets Exempt: 20,000.00 |
| Total Distributions to Claimants: 3,655.39 | Claims Discharged Without Payment: 237,558.28 |
| Total Expenses of Administration: 1,344.61 | |

3) Total gross receipts of $ 5,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,000.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 195,564.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,344.61 | 1,344.61 | 1,344.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 47,414.00 | 13,844.67 | 13,844.67 | 3,655.39 |
| **TOTAL DISBURSEMENTS** | $ 242,978.00 | $ 15,189.28 | $ 15,189.28 | $ 5,000.00 |

4)  This case was originally filed under chapter 7 on  09/21/2017 .  The case was pending for 15 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/12/2018 _____    By:/s/Peter N. Metrou, Trustee _____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 TOYOTA RAV-4 MILEAGE: 90000 VALUE PER KELLY BLUE BOOK | 1129-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ocwen Loan Servicing L, 1661 Worthington Rd West Palm Beach, FL 33409 | | 193,901.00 | NA | NA | 0.00 |
| | Toyota Motor Credit, 1111 W 22nd St Ste 420 Oak Brook, IL 60523 | | 1,663.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 195,564.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 1,250.00 | 1,250.00 | 1,250.00 |
| Peter N. Metrou | 2200-000 | NA | 42.49 | 42.49 | 42.49 |
| International Sureties Ltd. | 2300-000 | NA | 2.12 | 2.12 | 2.12 |
| Associated Bank | 2600-000 | NA | 50.00 | 50.00 | 50.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,344.61 | $ 1,344.61 | $ 1,344.61 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclays Bank Delaware, Po Box 8803 Wilmington, DE 19899 | | 2,032.00 | NA | NA | 0.00 |
| | Chase Card, Po Box 15298 Wilmington, DE 19850 | | 1,833.00 | NA | NA | 0.00 |
| | Chase Card, Po Box 15298 Wilmington, DE 19850 | | 9,827.00 | NA | NA | 0.00 |
| | Chase Card, Po Box 15298 Wilmington, DE 19850 | | 3,636.00 | NA | NA | 0.00 |
| | Citi Card - Diamond Preferred, P.O. Box 688903 Des Moines, IA 50368-8908 | | 8,711.00 | NA | NA | 0.00 |
| | Citi Simplicity, PO Box 6500 Sioux Falls, SD 57117 | | 3,540.00 | NA | NA | 0.00 |
| | Edfinancial Svcs, 120 N Seven Oaks Dr Knoxville, TN 37922 | | 1,980.00 | NA | NA | 0.00 |
| | Td Bank Usa/targetcred, Po Box 673 Minneapolis, MN 55440 | | 246.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | 568.00 | 610.81 | 610.81 | 161.27 |
| 2 | DISCOVER BANK | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 5 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS | 7100-000 | 1,907.00 | 1,940.77 | 1,940.77 | 512.42 |
| 4 | NAVIENT SOLUTIONS, LLC ON BEHALF OF | 7100-000 | 2,129.00 | 1,895.67 | 1,895.67 | 500.51 |
| 6 | PNC BANK, N.A. | 7100-000 | 1,488.00 | 1,488.22 | 1,488.22 | 392.93 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 9,517.00 | 7,909.20 | 7,909.20 | 2,088.26 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 47,414.00 | $ 13,844.67 | $ 13,844.67 | $ 3,655.39 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 17-28339 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | | Peter N. Metrou, Trustee |
| Case Name: | CANDACE H BUI-WALSTON | | | | Date Filed (f) or Converted (c): | | 09/21/2017 (f) |
| | | | | | 341(a) Meeting Date: | | 10/19/2017 |
| For Period Ending: | 12/12/2018 | | | | Claims Bar Date: | | 02/05/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  1318 SUNFLOWER LN<br>MINOOKA IL 60447-0000 GRUNDY | 107,500.00 | 215,000.00 | | 0.00 | FA |
| 2.  2013 TOYOTA RAV-4 MILEAGE: 90000 VALUE PER KELLY<br>BLUE BOOK | 9,500.00 | 9,500.00 | | 5,000.00 | FA |
| 3.  FURNITURE AND HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 4.  2 OLD TVS, LAPTOP FOR CHILDREN | 200.00 | 0.00 | | 0.00 | FA |
| 5.  CLOTHES | 50.00 | 0.00 | | 0.00 | FA |
| 6.  WEDDING BAND | 50.00 | 0.00 | | 0.00 | FA |
| 7.  2 TURTLES | 0.00 | 0.00 | | 0.00 | FA |
| 8.  CASH | 20.00 | 0.00 | | 0.00 | FA |
| 9.  CHASE | 1,300.00 | 0.00 | | 0.00 | FA |
| 10.  CHASE IRA | 1,000.00 | 0.00 | | 0.00 | FA |
| 11.  TERM LIFE INSURANCE WITH PRIMARICA | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)              $120,120.00        $224,500.00                    $5,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation into equity in vehicle. 12/18/2017 Motion filed to settle/compromise equity in vehicle. Funds received from Debtor 1/18/2017.

Initial Projected Date of Final Report (TFR): 03/01/2018        Current Projected Date of Final Report (TFR): 03/01/2018

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

## FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 17-28339
Case Name: CANDACE H BUI-WALSTON

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1677
Checking

Taxpayer ID No: XX-XXX8299
For Period Ending: 12/12/2018

Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/28/18 | 2 | Candace H. Bui-Walston Cashier's Check No Adddress | Court approved settlement on vehicle equity | 1129-000 | $5,000.00 | | $5,000.00 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,990.00 |
| 02/08/18 | 1001 | International Sureties Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond Payment | 2300-000 | | $2.12 | $4,987.88 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,977.88 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,967.88 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,957.88 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,947.88 |
| 10/22/18 | 1002 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL  60543 | Distribution | | | $1,292.49 | $3,655.39 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order.   ($1,250.00) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order.   ($42.49) | 2200-000 | | | |
| 10/22/18 | 1003 | DISCOVER BANK Discover Products Inc PO Box 3025 New Albany, OH  43054-3025 | Final distribution to claim 1 representing a payment of 26.40 % per court order. | 7100-000 | | $161.27 | $3,494.12 |

Page Subtotals: $5,000.00   $1,505.88

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 17-28339

Case Name: CANDACE H BUI-WALSTON

Taxpayer ID No: XX-XXX8299

For Period Ending: 12/12/2018

Trustee Name: Peter N. Metrou, Trustee

Bank Name: Associated Bank

Account Number/CD#: XXXXXX1677

Checking

Blanket Bond (per case limit): $1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/22/18 | 1004 | PORTFOLIO RECOVERY ASSOCIATES, LLC SUCCESSOR TO U.S. BANK N.A. (FRED MEYER) POB 41067 NORFOLK, VA 23541 | Final distribution to claim 3 representing a payment of 26.40 % per court order. | 7100-000 | | $2,088.26 | $1,405.86 |
| 10/22/18 | 1005 | NAVIENT SOLUTIONS, LLC ON BEHALF OF DEPARTMENT OF EDUCATION LOAN SERVICES PO BOX 9635 WILKES-BARRE, PA 18773-9635 | Final distribution to claim 4 representing a payment of 26.40 % per court order. | 7100-000 | | $500.51 | $905.35 |
| 10/22/18 | 1006 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CAPITAL ONE, N.A. RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE, SC 29603-0587 | Final distribution to claim 5 representing a payment of 26.40 % per court order. | 7100-000 | | $512.42 | $392.93 |
| 10/22/18 | 1007 | PNC BANK, N.A. PO BOX 94982 CLEVELAND, OH 44101 | Final distribution to claim 6 representing a payment of 26.40 % per court order. | 7100-000 | | $392.93 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $5,000.00 | $5,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,000.00 | $5,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,000.00 | $5,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Page Subtotals:                    $0.00          $3,494.12

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1677 - Checking | $5,000.00 | $5,000.00 | $0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,000.00 |
| Total Gross Receipts: | $5,000.00 |

Page Subtotals:                    $0.00        $0.00